IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:02CV00599 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| $1,180.00 IN U.S. CURRENCY, | : | |
| Defendant. | : | |

### DECREE AND JUDGMENT OF FORFEITURE

On July 22, 2002, a Verified Complaint of Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America.

It appearing that process was fully issued in this action and returned according to law:

That pursuant to the Warrant for Arrest issued by this Court on July 25, 2002, the United States Marshals Service for the Middle District of North Carolina served said defendant property on October 4, 2002;

Notice of said forfeiture action was published on December 9, December 16 and December 23, 2003, in the Winston-Salem Journal, a newspaper published in Forsyth County, North Carolina;

On February 3, 2003, Zane Antonio Keaton responded to the Complaint of Forfeiture.  Keaton thereafter participated in discovery with the plaintiff;

On May 24, 2005, a Notice of Settlement as to Zane Antonio Keaton was filed with the Court;

On June 3, 2005, all persons and entities, except Zane Antonio Keaton, having an interest in the defendant property were defaulted

for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

NOW, THEREFORE, on motion of the plaintiff, United States of America, for a Decree and Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to Rule 54, Federal Rules of Civil Procedure, $780.00 shall be forfeited to the United States of America, and $400.00 shall be returned to Claimant Zane Antonio Keaton. No right, title or interest in the property shall exist in any other party.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two (2) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 26th day of August,2005.

United States District Judge